45D05-1912-CT-001321
Filed: 12/27/2019 12:58 PM
Clerk
Lake Superior Court, Civil Division 5
Lake County, Indiana

| STATE OF INDIANA | )   | IN THE LAKE SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF LAKE | ) | _____, INDIANA |

| | | |
|---|---|---|
| HABEEBA AKBAR, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | CAUSE NO.: |
| WAL-MART STORES EAST, LP. | ) ) ) | |
| Defendants. | ) | |

## COMPLAINT FOR DAMAGES AND JURY DEMAND

Comes now plaintiffs, HABEEBA AKBAR, by counsel, Wanda E. Jones of Jones Law Offices and for her cause of action against the defendants, WAL-MART STORES EAST, LP., hereinafter referred to as Defendants, states as follows:

1. That plaintiff, HABEEBA AKBAR, is a resident of Hammond, Lake County, Indiana.

2. At all times herein mentioned Defendant owned and/or operated and/or controlled and/or managed and/or maintained the premises more commonly known as WAL-MART, 7850 Cabela Drive, Hammond, Lake County, Indiana, hereinafter referred to as the "premises".

3. On and prior to June 1, 2019 it was the duty of defendants to maintain and manage the premises at the above-said location with due care and caution, including keeping common areas and walkways used by customers and other persons in safe condition and free from any obstructions.

4. On or about June 1, 2019 plaintiff, HABEEBA AKBAR, was a business invitee, who was injured on the premises due to the negligent acts and omissions of

1

Exhibit C

defendant.

5. Defendant's negligent and careless acts and omissions include, but are not limited to: failure to properly maintain common areas on defendant's premises, said areas being dangerous and defective for business invitees such as the plaintiff; failure to inform and warn plaintiff and other persons using the defendant's premises of the dangerous and unsafe condition of the premises; failure to properly inspect and maintain the premises in a safe condition for use by business invitees such as the plaintiff so as not to cause injury to the Plaintiff and others similarly situated.

6. Defendant's knew, or by the exercise of ordinary and reasonable care should have known, of the unsafe and dangerous conditions then and there existing on the premises.

7. As a direct and proximate result of defendant's negligent acts and omissions, plaintiff, HABEEBA AKBAR, slipped and fell on defendant's premises, sustaining severe and permanent injuries, incurred and will in the future incur expenses for him medical care and treatment, incurred a loss of earnings, and will in the future suffer pain, physical disability and emotional distress.

**WHEREFORE**, plaintiff prays for judgment against the defendant in an amount sufficient to compensate her for her damages, plus costs, including attorney's fees for any frivolously asserted affirmative defenses, and for all other just and proper relief in the premises.

/s/: Wanda E. Jones  
WANDA E. JONES, #11223-64  
JONES LAW OFFICES  
Attorney for Plaintiff

## JURY DEMAND

Comes now plaintiff, by counsel, and demand trial by jury.

Respectfully submitted,

*/s/: Wanda E. Jones*
Wanda E. Jones, #11223-64
Attorney for Plaintiff
110 North Broad Street
Griffith, IN 46319
(219) 844-8888